Circuit denied. *Messrs. Daniel N. Kirby, Charles P. Williams, Homer Cummings, Max O'Rell Truitt* and *Mac Asbill* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Bernard Chertcoff* for respondent.

No. 1041. KENNEDY *v.* EMERALD COAL & COKE Co. April 9, 1945. Petition for writ of certiorari to the Supreme Court of Delaware denied. *Messrs. Walter H. Maloney* and *Leonard K. Guiler* for petitioner. *Messrs. Earl F. Reed* and *Charles M. Thorp, Jr.* for respondent.

No. 1065. OIL WORKERS INTERNATIONAL UNION, LOCAL 463, ET AL. *v.* TEXOMA NATURAL GAS Co. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lindsay P. Walden* for petitioners. *Messrs. J. J. Hedrick, W. T. Spies* and *D. H. Culton* for respondent.

No. 1079. GREAT LAKES TRANSIT CORP. *v.* MARCEAU. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ulysses S. Thomas* for petitioner. *Mr. Thomas C. Burke* for respondent.

No. 969. WRAGG *v.* FEDERAL LAND BANK OF NEW ORLEANS ET AL. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE BLACK took no part in the consid-